No. 88. GASPAR CUE ET AL., APPELLANTS, *v.* WILLIAM C. COTTON ET AL., EXECUTORS, ETC., ET AL. Appeal from the Circuit Court of the United States for the Western District of Texas. December 9, 1912. Dismissed with costs, pursuant to the tenth rule, and cause remanded to the District Court of the United States for the Western District of Texas. *Mr. A. Seymour Thurmond* for the appellants. No appearance for the appellees.

---

No. 94. ED BROWN ET AL., PLAINTIFFS IN ERROR, *v.* FRANK M. POWERS, JUDGE, ET AL. In error to the Supreme Court of the State of Iowa. December 13, 1912. Dismissed with costs, pursuant to the tenth rule. *Mr. Benjamin I. Salinger* for the plaintiffs in error. No appearance for the defendants in error.